IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHAD DAVID LONG**                                                                          **PETITIONER**

**4:20MC00005 JM**

### ORDER

Petitioner Chad David Long has filed an Affidavit and Notice of Entry of Foreign Judgment. The Affidavit is not a Complaint and is not a proper filing in this Court. Further, the document is nonsensical. Because Mr. Long's filing is nonsensical and states no cause of action for which relief may be granted, this case is DISMISSED. A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1]

The Clerk is directed to close this case. In addition, the Clerk is directed to refuse to accept any further pleadings from this Plaintiff without first seeking review and approval by the Court.

IT IS SO ORDERED this 9th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).